Civil- (Dec-2008)

HONORABLE: Stefan R. Underhill

DEPUTY CLERK Rody Jaiman / A. Buttrick   RPTR/ECRO/TAPE Sharon Masse

TOTAL TIME: 1 hours 6 minutes

DATE: 2/26/2016   START TIME: 3:14 PM   END TIME: 4:20 PM

LUNCH RECESS   FROM: ___ TO: ___

RECESS (if more than ½ hr)   FROM: ___ TO: ___

CIVIL NO. 3:15-cv-1081 (SRU)

Nelson Valle, Brunilda ValleCastro

pro se, failed to appear

Plaintiff's Counsel

vs

Torcia, et al.

Jeffrey Knickerbocker; Robert Wichowski

Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing
[ ] Evidentiary Hearing
[ ] Miscellaneous Hearing
[ ] Show Cause Hearing
[ ] Judgment Debtor Exam

[✓] ….#11 Motion to dismiss the complaint    [✓] granted [ ] denied [ ] advisement
[ ] ….# ___ Motion ___    [ ] granted [ ] denied [ ] advisement
[ ] ….# ___ Motion ___    [ ] granted [ ] denied [ ] advisement
[ ] ….# ___ Motion ___    [ ] granted [ ] denied [ ] advisement
[ ] ….# ___ Motion ___    [ ] granted [ ] denied [ ] advisement
[ ] ….# ___ Motion ___    [ ] granted [ ] denied [ ] advisement
[ ] ….# ___ Motion ___    [ ] granted [ ] denied [ ] advisement
[ ] ….   Oral Motion ___    [ ] granted [ ] denied [ ] advisement
[ ] ….   Oral Motion ___    [ ] granted [ ] denied [ ] advisement
[ ] ….   Oral Motion ___    [ ] granted [ ] denied [ ] advisement
[ ] ….   Oral Motion ___    [ ] granted [ ] denied [ ] advisement
[ ] ….   [ ] Briefs(s) due ___ [ ] Proposed Findings due ___ Response due ___
[ ] ……… For the reasons stated more fully on the record, Bendett & McHugh and    [ ] filed [ ] docketed
[ ] ……… Torcia's motion to dismiss is treated as against the amended complaint [20]    [ ] filed [ ] docketed
[ ] ……… and is granted. The remainder of the claims in the amended complaint are    [ ] filed [ ] docketed
[ ] ……… dismissed with prejudice sua sponte. The Clerk shall close the case.    [ ] filed [ ] docketed
[ ] ……… ___    [ ] filed [ ] docketed
[ ] ……… ___    [ ] filed [ ] docketed
[ ] ……… ___ Hearing continued until ___ at ___