UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**Nelson Valle,**

    Plaintiff,   Case No. 3:15-cv-01081-SRU

**Jane Hamilton Torcia,
Bendett & McHugh, P.C.,
Bank of New York Mellon,
Jeffrey M. Knickerbocker,
Green Tree Servicing, LLC.,
Jeremy J. Iverson,
Savannah Witte,
The Witherspoon Law Group,
John P. Fahey**

    Defendants.

## JUDGMENT

This matter came on for consideration on the defendants Jane Hamilton Torcia and Bendett & McHugh's motion to dismiss the amended complaint doc. # 11 before the Honorable Stefan R. Underhill, United States District Judge. The Court has reviewed all of the papers filed in conjunction with the motion and on February 26, 2016 a hearing was held granting the relief requested in the motion and dismissing the remainder of the claims with prejudice in the amended complaint.

It is therefore ORDERED, ADJUDGED and DECREED that judgment is entered in favor of the defendants, Jane Hamilton Torcia and Bendett & McHugh, PC, the case is dismissed against the remaining defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 1st day of March 2016.

    ROBIN D. TABORA, Clerk

    By   /s/ Kristen Gould
    Kristen Gould
    Deputy Clerk

EOD: 03/01/16